UNITED STATES OF AMERICA, Plaintiff–Appellee,

v.

Angel David GONZALEZ, Defendant–Appellant.

No. 05–10504

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 29, 2005.

Helene Hvizd Morris, West Palm Bch, FL, for Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Appellee.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM.

Helene Hvizd Morris, appointed counsel for Angel David Gonzalez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's convictions and sentence are **AFFIRMED**.